Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

__MIDDLE__ District of __FLORIDA__

_____ Division

Plaintiff(s): __STEVEN MCBRIDE__

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): __WALMART INC., DOUG MCMILLION, STORE MANAGER JOHN, STORE MANAGER TIM__

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. __3:20-cv-620-J-32JRK__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

FILED 2020 JUN 17 PM 2:18 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DISTRICT

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | STEVEN MCBRIDE |
| Street Address | BOX 2307 |
| City and County | JAX (DUVAL) |
| State and Zip Code | FL 32203 |
| Telephone Number | 904-900-9128 |
| E-mail Address | SMCBRIDE66@YAHOO.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: WALMART INC.
- Job or Title (if known):
- Street Address: 702 S.W. 8TH ST.
- City and County: BENTONVILLE
- State and Zip Code: AK 72716
- Telephone Number: 800-925-6278
- E-mail Address (if known):

Defendant No. 2
- Name: DOUG MCMILLIAN
- Job or Title (if known): C.E.O.
- Street Address: 702 S.W. 8TH ST.
- City and County: BENTONVILLE
- State and Zip Code: AK 72716
- Telephone Number: 800-925-6278
- E-mail Address (if known):

Defendant No. 3
- Name: STORE MANAGER JOHN
- Job or Title (if known):
- Street Address: 4250 PHILIPS HWY
- City and County: JAX
- State and Zip Code: FL 32207
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: STORE MANAGER JIM
- Job or Title (if known):
- Street Address: 4250 PHILIPS HWY
- City and County: JAX
- State and Zip Code: FL 32207
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name: *WALMART SUPERCENTER*
Street Address: *4250 PHILIPS HWY*
City and County: *JAX*
State and Zip Code: *FL 32207*
Telephone Number:

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
*# 42 USC 1981; NLRA; UNFAIR BUS. PRACTICES ACT*

☒ Relevant state law *(specify, if known)*:
*NEGLIGENCE; DISCRIMINATION; SLANDER/LIBEL*

☒ Relevant city or county law *(specify, if known)*:

Page 3 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: BREACH OF CONFIDENTIALITY;
  *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*
  SEXUAL HARASSMENT; HOSTILE WORK ENVIR; SLANDER/LIBEL

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
FROM, MAY 6TH 2019 UP TO THE PRESENT
SEE EXHIBIT - B (EEOC CHARGE STATEMENT)

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒ race _____
- ☒ color _____
- ☒ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☒ age *(year of birth)* 1960 *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.
(1) I ADOPT AND INCORPORATE BY REFERENCE THE EEOC CHARGE STATEMENT (EXHIBIT - B) AND ALL FACTS FILED IN WALMART OPEN DOOR POLICY - WHICH ARE PART OF THE EEOC FILE.

② I ADOPT AND INCORPORATE BY REFERENCE, EXHIBIT-C, THE NLRB CHARGE STATEMENT AND ALL FACTS FILED IN WALMART OPEN DOOR POLICY - WHICH ARE PART OF THE NLRB FILE.
③ I ADOPT AND INCORPORATE BY REFERENCE, EXHIBIT-D, THE OFFICIAL COMPLAINT TO THE FED. TRADE COMM, AND THE FACTS FILED IN THE WALMART OPEN DOOR POLICY.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

JUNE 2019 PLUS ADDITIONAL CHARGES JAN 2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* MARCH 27TH 2020

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)
SEE EXHIBIT — A

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① THE SAME OR SIMILAR WRONGS ARE CONTINUING AT THE PRESENT TIME, AND WILL BE STATED IN A SECOND, EEOC CLAIM AND/OR NLRB CLAIM.
② ALL CONTINUING WRONGS HAVE BEEN FILED IN WALMART OPEN DOOR POLICY.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

COMPENSATORY DAMAGES —— $ 200,000.00

PAIN AND SUFFERING —— $ 300,000.00

PUNITIVE DAMAGES —— $ 400,000.00

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-17-20

Signature of Plaintiff

Printed Name of Plaintiff   STEVEN MCBRIDE

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address