FILED

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

STEVEN MCBRIDE
    -V-                          CASE # 20-CV-620
WALMART INC. , DOUG MCMILLION, STORE
MANAGER - JOHN, STORE MANAGER - JIM

OBJECTION TO COURT ORDER

1) ON OR ABOUT , JULY 28TH 2021 , I RECEIVED A COPY OF THE COURT ORDER .

2) ACCORDING TO RULE #12-D, BECAUSE THE COURT CONSIDERED ALL THE EXHIBITS TO THE PLEADINGS , THE COURT MUST DECIDE THE CASE UNDER THE RULES OF SUMMARY JUDGEMENT .

3) THE COURT , RULING WENT BEYOND THE DEFENDANTS , MOTION TO DISMISS. THE DEFENDANTS MOTION IS BASED UPON THE INITIAL PLEADING AND NOT UPON ALL OF MY EXHIBITS THAT THE COURT CONSIDERED AND RECITED IN DETAIL .

4) THE DEFENDANTS , MOTION TO DISMISS, DECLARED TO BE BROUGHT UNDER RULE, #12-B (5) AND #12-B (6) ; HOWEVER , MOST OF THE DEFENDANTS ARGUMENT IS CLEARLY BASED UPON

RULE #12-E ( MOTION FOR A MORE DEFINITE STATEMENT ) .

    5) IN STEP WITH THE DEFENDANTS ARGUMENTS , THE COURT WRONGFULLY ARGUES THAT THE COMPLAINT IS RIPE FOR DISMISSAL UNDER RULE #12 -E, BUT DOES NOT ENFORCE THE REQUIREMENT THAT , EITHER , THE DEFENDANTS OR THE COURT , MUST FILE A "MOTION FOR A MORE DEFINITE STATEMENT" , AND POINT OUT THE DEFECTS , AND THE DETAILS DESIRED.

    6) RULE #12-B (5) REVIEW ; UNDER RULE #4-B(1) THE DEFENDANTS AND THERE LAWYERS HAVE A DUTY TO AVOID UNNECESSARY EXPENSES.

    7) THE DEFENDANTS HAS REFUSED OR FAILED "TO SHOW GOOD CAUSED" WHY THEY DID NOT ACCEPT THE WAIVER OF SERVICE . ON THE WAIVER , IS A CLEAR WARNING , THAT A DEFAULT JUDGEMENT WILL BE ISSUE .

    8) IN ADDITION , THE DEFENDANTS ARE RESPONSIBLE FOR THE EXPENSES OF SERVICE . "Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

CC: TO WALMART
FABIAN RUIZ

STEVEN MCBRIDE