**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STEVEN MCBRIDE,

    Plaintiff,

v.                                          Case No. 3:20-cv-620-TJC-JRK

WALMART INC., DOUG
MCMILLION, STORE MANAGER
JOHN, STORE MANAGER JIM,

    Defendants.

## **O R D E R**

This cause is before the Court on Plaintiff's Request for Clerk to File a Default Judgment and/or Motion for Court to Issue a Default Judgment (Doc. No. 19; "Motion") and accompanying affidavit (Doc. No. 20), both filed August 9, 2021. In the Motion, Plaintiff seeks the entry of a default judgment on the ground that "Defendants have failed and[/]or refused to either accept the waiver [of service] or show good cause." Motion at 3 (capitalization omitted).[1] Upon review of the Motion, the file, and the applicable law, the Motion is due to be denied for the reasons set forth herein.[2]

Rule 55 provides the requirements for entry of a default judgment. See

---

[1] As the Motion does not contain numbered pages, citations to it are in accordance with the pagination assigned by the Court's electronic filing system (CM/ECF).

[2] The Court is ruling on the Motion without awaiting a response because a response is not necessary to decide the matter.

Fed. R. Civ. P. 55(b). A default judgment may be entered "against a defendant who never appears or answers a complaint, for in such circumstances the case never has been placed at issue." Solaroll Shade & Shutter Corp. v. Bio-Energy Sys., 803 F.2d 1130, 1134 (11th Cir. 1986). Here, the entry of a default judgment is not appropriate because Defendants are not in default and have appeared in this case. See Fed. R. Civ. P. 55. Further, on October 21, 2020, Defendants filed a motion to dismiss, see Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 9), that was granted on July 23, 2021, see Order (Doc. No. 17).[3]

Upon due consideration, it is

**ORDERED**:

Plaintiff's Request for Clerk to File a Default Judgment and/or Motion for Court to Issue a Default Judgment (Doc. No. 19) is **DENIED**.[4]

**DONE AND ORDERED** in Jacksonville, Florida on August 13, 2021.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

keh
Copies to:
Counsel of Record
Pro Se Party

---

[3] Pursuant to the July 23, 2021 Order granting Defendants' motion to dismiss, Plaintiff has until August 27, 2021 to file an Amended Complaint if he so chooses.

[4] "[A] magistrate judge ha[s] authority to deny [a] motion for default judgment." Franklin v. Parnell, 461 F. App'x 823, 825 n.2 (11th Cir. 2011) (citing 28 U.S.C. § 636(b)(1)(A)); see also Baker v. Warner / Chappell Music, Inc., No. 14-cv-22403, 2015 WL 1534522, at *1 n.1 (S.D. Fla. Apr. 6, 2015) (unpublished) (finding same) (citations omitted).