FILED
2021 AUG 24  AM 10:59
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

STEVEN MCBRIDE
    -V-                       CASE # 20-CV-620
WALMART INC., DOUG MCMILLION, STORE MANAGER - JOHN, STORE MANAGER - JIM

## NOTICE OF APPEAL

1) ON OR ABOUT, JULY 28TH 2021, I RECEIVED A COPY OF THE COURT ORDER.

2) I AM APPEALING THE COURT FINAL ORDER DATED JULY 23RD 2021, DISMISSING MY CASE. AND THE MAGISTRATE ORDER DATED, AUGUST 13TH 2021, DENYING MY MOTION FOR A DEFAULT JUDGEMENT.

3) Notice is hereby given that, STEVEN MCBRIDE (plaintiff) in the above-named case, hereby appeal to the United States Court of Appeals for the 11TH Circuit (from the final judgment).

CC: FABIAN RUIZ

STEVEN MCBRIDE